IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1778 |
| ) | |
| LISA J. BOYLES, ) | Chief Judge Ambrose |
| ROBERT L. BOYLES, ) | Magistrate Judge Hay |
| ) | |
| Defendants. ) | |

**O R D E R**

AND NOW, this 5th day of July, 2007, after the plaintiff, Allstate Insurance Company, filed a Motion for Summary Judgment, and after a response was filed by defendants, Lisa J. Boyles and Robert L. Boyles, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment (Docket No. 21) is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party desires to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

*Donetta W. Ambrose*
DONETTA W. AMBROSE
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

David J. Obermeier, Esquire
Dickie, McCamey & Chilcote
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402

Lewis P. McEwen, Esquire
Bogaty, McEwen & Sparks
234 West Pine Street
P.O. Box 510
Grove City, PA 16127